# The Brown Law Firm, P.C.

767 Third Avenue, Suite 2501, New York, NY 10017, (516) 922-5427

Timothy Brown, Esq.
tbrown@thebrownlawfirm.net

August 28, 2025

**VIA ECF**
Hon. Denise L. Cote
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 18B
New York, NY 10007

Re: *Hassine v. Shendelman et al*, Case No. 1:25-cv-00935-DLC

Dear Judge Cote:

We represent plaintiff Younes Hassine ("Plaintiff") in the above-captioned shareholder derivative action. We, along with undersigned counsel for Defendant Applied Therapeutics, Inc. (the "Company"), respectfully submit this joint letter on behalf of all parties to notify the Court that the parties have reached an agreement on the material terms of a settlement involving the Company's implementation of corporate governance reforms, subject to Court approval. The settlement was reached in advance of a full-day mediation on August 19, 2025 with Jed Melnick of JAMS ADR (the "Mediator"). At the mediation, the parties began negotiating the fees to be paid to Plaintiff's counsel by Defendant's insurers. The parties are continuing to engage in fee negotiations, with the assistance of the Mediator, and will work expeditiously to execute a formal settlement agreement. The temporary stay agreed upon by the parties and so-ordered by the Court on March 5, 2025 (ECF No. 21) remains in place.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

*/s/ Timothy Brown*
Timothy Brown
Saadia Hashmi
Elizabeth Donohoe
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
tbrown@thebrownlawfirm.net

shashmi@thebrownlawfirm.net
edonohoe@thebrownlawfirm.net

*Counsel for Plaintiff*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Ripley Shiarella*
Michael G. Bongiorno
Tamar Kaplan-Marans
Ripley Shiarella
michael.bongiorno@wilmerhale.com
tamar.kaplan-marans@wilmerhale.com
ripley.shiarella@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

*Counsel for Applied Therapeutics, Inc.*